# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JAMES DOYLE, :
      Plaintiff : CIVIL ACTION NO. 3:18-1784
      v. : (JUDGE MANNION)
WAYNE MEMORIAL HOSPITAL, :
      Defendant :

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's motion to strike, **(Doc. 26)**, is **GRANTED IN PART** and **DENIED IN PART**;

**(2)** Defendant WMH's untimely statement of facts supporting its motion for summary judgment, **(Doc. 23)**, is **STRUCK** and, WMH's summary judgment motion, **(Doc. 11)**, is **DENIED** for its failure to comply with Local Rule 56.1;

**(3)** the plaintiff's motion to strike WMH's untimely response to his statement of facts in support of his motion for summary judgment, **(Doc. 24)**, is **DENIED**, and the court will consider WMH's response and evidence;

(4) WMH is **GRANTED** judgment as a matter of law with respect to plaintiff's overtime claim under the WPCL; and

(5) the plaintiff's motion for summary judgment, **(Doc. 12)**, is **DENIED** with respect to his overtime pay claims under the FLSA and PMWA.[1]

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 13, 2020**

18-1784-01-order

---

[1] Prior to scheduling the final pre-trial conference, the court will refer this case to mediation.